GARY M. RESTAINO
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Email: Gayle.Helart@usdoj.gov
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00129-PHX-DWL (JZB) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 2423(a) (Transportation of Minor for Criminal Sexual Activity) Counts 1 – 2 |
| Liam Gavan Wallace, | |
| Defendant. | 18 U.S.C. §§ 981 and 2253, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

In approximately December 2024, in the District of Arizona and elsewhere, Defendant LIAM GAVAN WALLACE did knowingly transport an individual who had not attained the age of 18 years in interstate commerce, namely between Arizona and Nevada with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Lewdness with Child Under 16 years, in violation of Nevada Revised Statute 201.230 and Arizona Revised Statute 13-1405 (Sexual Conduct with a Minor).

In violation of Title 18, United States Code, Section 2423(a).

## COUNT 2

In approximately December 2024, in the District of Arizona and elsewhere, Defendant LIAM GAVAN WALLACE did knowingly transport an individual who had not attained the age of 18 years in interstate commerce, namely between Arizona and Utah, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse of a Child, in violation of Utah Criminal Code 76-5-404.1, Rape of a Child, in violation of Utah Criminal Code 76-5-402.1, and Arizona Revised Statute 13-1405 (Sexual Conduct with a Minor).

In violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1-2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including, but not limited to electronic devices seized by law enforcement in December 2024.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: January 28, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
GAYLE L. HELART
Assistant U.S. Attorney